**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| In re: GALLAGHER, CORNELIUS J | § | Case No. 13-18886-BSJ |
| | § | |
| | § | |
| Debtor(s) | § | |

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)**

 ALEX D. MOGLIA, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

 1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

 2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

---

Assets Abandoned:  $351,826.00            Assets Exempt:  $16,826.00
*(without deducting any secured claims)*

Total Distribution to Claimants: $5,736.65        Claims Discharged
                                                  Without Payment: $378,541.97

Total Expenses of Administration: $11,763.35

---

 3) Total gross receipts of $      17,500.00   (see **Exhibit 1**), minus funds paid to the debtor and third parties of $        0.00    (see **Exhibit 2**), yielded net receipts of $17,500.00 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (10/1/2010)**

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $0.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY CLAIMS: |  |  |  |  |
| CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 11,763.35 | 11,763.35 | 11,763.35 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 0.00 | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 0.00 | 405,830.29 | 384,278.62 | 5,736.65 |
| **TOTAL DISBURSEMENTS** | $0.00 | $417,593.64 | $396,041.97 | $17,500.00 |

4) This case was originally filed under Chapter 7 on May 03, 2013. The case was pending for 48 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 05/09/2017    By: /s/ALEX D. MOGLIA
                        Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE [1] | $ AMOUNT RECEIVED |
|---|---|---|
| FRAUDULENT TRANSFER RECOVERY SUIT | 1241-000 | 17,500.00 |
| **TOTAL GROSS RECEIPTS** | | **$17,500.00** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| | None | | |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$0.00** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | | | None | | | |
| **TOTAL SECURED CLAIMS** | | | **$0.00** | **$0.00** | **$0.00** | **$0.00** |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Trustee Compensation - ALEX D. MOGLIA | 2100-000 | N/A | 2,500.00 | 2,500.00 | 2,500.00 |
| Trustee Expenses - ALEX D. MOGLIA | 2200-000 | N/A | 86.44 | 86.44 | 86.44 |
| Clerk of the Court Costs (includes adversary and other filing fees) - CLERK | 2700-000 | N/A | 350.00 | 350.00 | 350.00 |
| Other - SPRINGER BROWN LLC | 3210-000 | N/A | 8,640.33 | 8,640.33 | 8,640.33 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |

**UST Form 101-7-TDR (10/1/2010)**

| PAYEE | UNIFORM TRAN. CODE | | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| Other - Rabobank, N.A. | 2600-000 | | N/A | 10.00 | 10.00 | 10.00 |
| Other - Rabobank, N.A. | 2600-000 | | N/A | 10.00 | 10.00 | 10.00 |
| Other - Rabobank, N.A. | 2600-000 | | N/A | 15.15 | 15.15 | 15.15 |
| Other - Rabobank, N.A. | 2600-000 | | N/A | 16.57 | 16.57 | 16.57 |
| Other - Rabobank, N.A. | 2600-000 | | N/A | 24.35 | 24.35 | 24.35 |
| Other - Rabobank, N.A. | 2600-000 | | N/A | 24.97 | 24.97 | 24.97 |
| Other - Rabobank, N.A. | 2600-000 | | N/A | 24.11 | 24.11 | 24.11 |
| Other - Rabobank, N.A. | 2600-000 | | N/A | 26.56 | 26.56 | 26.56 |
| Other - Rabobank, N.A. | 2600-000 | | N/A | 24.87 | 24.87 | 24.87 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | | N/A | $11,763.35 | $11,763.35 | $11,763.35 |

## EXHIBIT 5 —PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | N/A | $0.00 | $0.00 | $0.00 |

## EXHIBIT 6 —PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | None | | | | | |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $0.00 | $0.00 | $0.00 | $0.00 |

## EXHIBIT 7 —GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 -2 | U.S. Bank National Association | 7100-000 | N/A | 384,278.62 | 384,278.62 | 5,736.65 |
| 2 | Sugar Steel Corporation | 7100-000 | N/A | 21,551.67 | 0.00 | 0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | $0.00 | $405,830.29 | $384,278.62 | $5,736.65 |

**UST Form 101-7-TDR (10/1/2010)**

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 13-18886-BSJ  
**Case Name:** GALLAGHER, CORNELIUS J  

**Trustee:** (330260) ALEX D. MOGLIA  
**Filed (f) or Converted (c):** 05/03/13 (f)  
**§341(a) Meeting Date:** 06/26/13  

**Period Ending:** 05/09/17  
**Claims Bar Date:** 11/10/14  

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | 6244 W Waveland, Chicago, IL 60634<br>Imported from original petition Doc# 1 | 350,000.00 | 128,467.16 | | 0.00 | FA |
| 2 | Harris Bank<br>Imported from original petition Doc# 1 | 126.00 | 0.00 | | 0.00 | FA |
| 3 | HOUSEHOLD GOODS AND FURNISHINGS<br>Imported from original petition Doc# 1 | 1,500.00 | 0.00 | | 0.00 | FA |
| 4 | WEARING APPAREL AND JEWELRY<br>Imported from original petition Doc# 1 | 200.00 | 0.00 | | 0.00 | FA |
| 5 | J.C. Gallagher Construction, Inc. - 100%<br>Imported from original petition Doc# 1 | 0.00 | 0.00 | | 0.00 | FA |
| 6 | FRAUDULENT TRANSFER RECOVERY SUIT (u) | 0.00 | 98,229.00 | | 17,500.00 | FA |
| 7 | - | 0.00 | 0.00 | | 0.00 | FA |
| 7 | **Assets Totals** (Excluding unknown values) | **$351,826.00** | **$226,696.16** | | **$17,500.00** | **$0.00** |

**Major Activities Affecting Case Closing:**

CLAIMS RESOLUTION.

FEE APPLCATION FOR TRUSTEE'S COUNSEL.

FINAL REPORT PREPARATION.

**Initial Projected Date Of Final Report (TFR):** December 31, 2015    **Current Projected Date Of Final Report (TFR):** December 31, 2016

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

Page: 1

| Case Number: | 13-18886-BSJ | | Trustee: | ALEX D. MOGLIA (330260) |
|---|---|---|---|---|
| Case Name: | GALLAGHER, CORNELIUS J | | Bank Name: | Rabobank, N.A. |
| | | | Account: | ******6766 - Checking Account |
| Taxpayer ID #: | **-***2138 | | Blanket Bond: | N/A |
| Period Ending: | 05/09/17 | | Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 03/24/16 | {6} | Kelly C. Gallagher | Settlement | 1241-000 | 3,000.00 | | 3,000.00 |
| 03/31/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 2,990.00 |
| 04/14/16 | {6} | Kelly C. Gallagher | Settlement | 1241-000 | 3,000.00 | | 5,990.00 |
| 04/29/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 5,980.00 |
| 05/20/16 | {6} | Kelly C. Gallagher | Settlement check | 1241-000 | 3,000.00 | | 8,980.00 |
| 05/31/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 8,970.00 |
| 06/22/16 | {6} | Kelly C Gallagher (4th Payment) | Settlement payment | 1241-000 | 3,000.00 | | 11,970.00 |
| 06/30/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 15.15 | 11,954.85 |
| 07/29/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 16.57 | 11,938.28 |
| 08/09/16 | {6} | Kelly Gallagher | Settlement | 1241-000 | 5,500.00 | | 17,438.28 |
| 08/31/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 24.35 | 17,413.93 |
| 09/30/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 24.97 | 17,388.96 |
| 10/31/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 24.11 | 17,364.85 |
| 11/30/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 26.56 | 17,338.29 |
| 12/30/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 24.87 | 17,313.42 |
| 02/17/17 | 101 | CLERK OF THE UNITED STATES BANKRUPTCY COURT | Dividend paid 100.00% on $350.00, Clerk of the Court Costs (includes adversary and other filing fees);  Reference: | 2700-000 | | 350.00 | 16,963.42 |
| 02/17/17 | 102 | SPRINGER BROWN LLC | Dividend paid 100.00% on $8,640.33, Attorney for Trustee Fees (Other Firm);  Reference: | 3210-000 | | 8,640.33 | 8,323.09 |
| 02/17/17 | 103 | U.S. Bank National Association | BANKRUPTCY CASE13-18886 ,GALLAGHER, CORNELIUS J DIVIDEND ON ALLOWED CLAIM # 1 -2 of 1.49% | 7100-000 | | 5,736.65 | 2,586.44 |
| 02/17/17 | 104 | ALEX D. MOGLIA | COMBINED CHECK FOR TRUSTEE COMPENSATION, EXPENSES AND INTEREST | | | 2,586.44 | 0.00 |
| | | | Dividend paid 100.00% on $2,500.00;  Claim# ; Filed: $2,500.00 | 2100-000 | 2,500.00 | | 0.00 |
| | | | Dividend paid 100.00% on $86.44;  Claim# ; Filed: $86.44 | 2200-000 | 86.44 | | 0.00 |
| | | | ACCOUNT TOTALS | | 17,500.00 | 17,500.00 | $0.00 |
| | | | Less: Bank Transfers | | 0.00 | 0.00 | |
| | | | Subtotal | | 17,500.00 | 17,500.00 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | NET Receipts / Disbursements | | $17,500.00 | $17,500.00 | |

{} Asset reference(s)

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

Page: 2

**Case Number:** 13-18886-BSJ  
**Case Name:** GALLAGHER, CORNELIUS J

**Trustee:** ALEX D. MOGLIA (330260)  
**Bank Name:** Rabobank, N.A.  
**Account:** ******6766 - Checking Account

**Taxpayer ID #:** **-***2138  
**Period Ending:** 05/09/17

**Blanket Bond:** N/A  
**Separate Bond:** N/A

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|

Net Receipts : 17,500.00  
———————  
Net Estate : $17,500.00

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| **Checking # ******6766** | **17,500.00** | **17,500.00** | **0.00** |
| | $17,500.00 | $17,500.00 | $0.00 |

{} Asset reference(s)

Printed: 05/09/2017 05:03 PM    V.13.30